IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LYNNE L. THOMPSON,

      Plaintiff,                                      21cv1252
                                                          ELECTRONICALLY FILED

           v.

ALLEGHENY COUNTY DISTRICT
ATTORNEY'S OFFICE, et al,

      Defendants.

**ORDER OF COURT**
**ADOPTING REPORT AND RECOMMENDATION (ECF 17)**

AND NOW, this 13th day of May, 2022, after the Plaintiff, Lynne Thompson: (1) filed *pro se* an action in the above-captioned case; (2) and after a Report and Recommendation (Doc. 17) was filed on October 31, 2021, by United States Magistrate Judge Maureen P. Kelly, recommending that Plaintiff's Motion to "Cease and Desist . . ." filed at ECF 4, be treated as a Motion for Temporary Restraining Order and the Court abstain from enjoining Plaintiff's state court criminal proceedings pursuant to the doctrine set forth in *Younger v. Harris,* 401 U.S. 37 (1971), and thereby deny the TRO; and (3) after Plaintiff's written objections or responses were filed at ECF 27, and (4) after Defendants filed a Brief in Opposition to Plaintiff's written objections (ECF 28); and (5) upon this Court's independent review of the Record, and upon consideration of Magistrate Judge Kelly's October 31, 2021 Report and Recommendation,

IT IS HEREBY ORDERED that the Magistrate Judge's October 31, 2021, Report and Recommendation ([ECF 17](ECF 17)) is adopted as the Opinion of this Court.

        SO ORDERED, this 12th day of May, 2022
        s/Arthur J. Schwab
        Arthur J. Schwab
        United States District Judge

cc:    All Registered ECF Counsel and Parties

       Lynne Thompson
       2016 High Pointe Court
       Murrysville, PA 15668