IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LYNNE L. THOMPSON,

      Plaintiff,                            21cv1252
                                             ELECTRONICALY FILED

      v.

ALLEGHENY COUNTY DISTRICT
ATTORNEY'S OFFICE, et al,

      Defendants.

## ORDER OF COURT
## ADOPTING REPORT AND RECOMMENDATION

AND NOW, this 17th day of August, 2022, after the Plaintiff, Lynne Thompson: (1) filed *pro se* an action in the above-captioned case (ECF 1) which United States Magistrate Judge Maureen P. Kelly and this Court found very difficult to understand, and could not discern if there were any cognizable claims; (2) Defendants filed motions to dismiss the Complaint (ECF 20, ECF 23, and ECF 30); (3) Plaintiff was granted five extensions of time to file her responses to these motions but failed to do so; and (4) the Magistrate Judge issued a Report and Recommendation (ECF 53) filed on May 3, 2022, denying each of the motions to dismiss without prejudice, but requiring Plaintiff to file an Amended Complaint in strict accordance with the guidelines set forth in her Report and Recommendation. Objections to the Report and Recommendation were due on May 20, 2022, but none were filed.

Upon this Court's independent review of the Record, and upon consideration of Magistrate Judge Kelly's May 3, 2022, Report and Recommendation:

IT IS HEREBY ORDERED that the Magistrate Judge's May 3, 2022, Report and Recommendation (ECF 53) is adopted as the Opinion of this Court. Accordingly, each of the

motions to dismiss are DENIED without prejudice. Plaintiff is ORDERED to file an Amended Complaint on or before August 31, 2022, in strict complaint with the guidelines set forth in Magistrate Judge's Report and Recommendation (ECF 53). If an Amended Complaint is not filed on or before August 31, 2022, Defendants may file any appropriate motions thereafter, seeking a termination of this matter.

**SO ORDERED, this 17th day of August, 2022**.

 s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc:    All Registered ECF Counsel and Parties
        and
    Lynne Thompson
    Box 17233
    Pittsburgh, PA 15235